UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SINGH GREWAL, ET AL,<br><br>Defendant. | Case No. 20-mc-80003-WHO<br><br>**ORDER RE PRE-FILING REVIEW AND DISMISSING CASE** |

On December 20, 2013, Judge Edward M. Chen issued an order declaring plaintiff Kuang-Bao P. Ou-Young to be a vexatious litigant and directing pre-filing screening of any complaint filed by Ou-Yong involving certain statutes and parties. *See* Vexatious Litigant Order, Case No. 13-cv-04442 [Dkt. No. 40]. In particular, Judge Chen ordered that Ou-Young "must obtain leave of court before filing any further suits alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512 (c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. § 2671 *et seq.*, involving parties that he named in the current case, or *Ou-Young I*, *Ou-Young II*, *Ou-Young III*, and *Ou-Young IV*, previously filed in this Court." *Id.* at 16-17.

In the six years following Judge Chen's issuance of the Vexatious Litigant Order, Ou-Young has filed more than two dozen meritless actions in this district, many asserting claims against federal judges based on their rulings. Accordingly, on December 5, 2019, Judge Beth Labson Freeman issued another order requiring Ou-Young obtain leave of court before filing any complaint against federal judges. *See* Order Requiring Pre-Filing Review, Case No. 19-cv-07000-BLF [Dkt. No. 26].

On January 7, 2020, Ou-Young submitted a complaint for pre-filing review in the above-

captioned matter. Ou-Young purports to bring six constitutional claims against largely the same defendants involved in *Ou-Young III*, where he "sued employees of the United States Patent and Trademark Office because they rejected his patent application for 'High Volume Dripping Hoses.'" Vexatious Litigant Order at 3. The court in *Ou-Young III* granted defendants' motion to dismiss with prejudice and denied Ou-Young's motions to disqualify Magistrate Judge Paul Singh Grewal and for summary judgment. *Id.* Ou-Young again attempts to sue, among others, employees of the United States Patent and Trademark Office and against former-Magistrate Judge Grewal for dismissing his prior suit. In light of this, after review I find that the complaint does not state a potentially cognizable claim.

Therefore, in accordance with the Vexatious Litigant Order by Judge Chen and the Order Requiring Pre-Filing Review by Judge Freeman, the Clerk is directed not to accept the complaint for filing. This action is dismissed.

**IT IS SO ORDERED.**

Dated: January 7, 2020



William H. Orrick
United States District Judge